# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00178-CV

**In re Unitrin County Mutual Insurance Company, f/k/a Charter County Mutual Insurance Company, named as Financial Indemnity Company**

### ORIGINAL PROCEEDING FROM HAYS COUNTY

## M E M O R A N D U M   O P I N I O N

The motion for temporary relief and the petition for writ of mandamus are denied.

*See* Tex. R. App. P. 52.8(a).

_____

Diane M. Henson, Justice

Before Chief Justice Jones, Justices Puryear and Henson

Filed:   March 29, 2010